UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 14-45122 |
| Matthew L. Braun | Chapter 13 |
| Vicky Braun | |
| | Hon. Walter Shapero |
|     Debtors. | |
| | |
| Matthew L. Braun | |
| Vicky Braun | Adv. Pro. 14-04742 |
| | |
|     Plaintiffs, | |
| v. | |
| | |
| Chase Home Finance LLC | |
| | |
|     Defendant. | |

## STIPULATION TO ADJOURN HEARING

Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A., incorrectly sued herein as Chase Home Finance LLC ("Chase," and together with the Debtors, the "Parties"), by and through their attorneys, hereby, (a) stipulate to the entry of an order adjourning the hearing on the Debtors' *Motion to Amend Complaint* (Docket No. 43) originally scheduled for Thursday, January 21, 2016 at 9:30 a.m. to **Thursday, February 4, 2015 at 9:30 a.m.**, as the Debtors have not yet secured new counsel; (b) stipulate that the adjournment of the hearing on the Motion also resolves in full the Debtors' Motion to Amend and all related filings (Docket Nos. 58, 59, 60), as such Motion to Amend is hereby moot; and (c) request that the Court enter the order attached hereto as Exhibit A.

Dated: January 13, 2016

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **Matthew L. Braun** <br> **Vicky Braun** | **JPMorgan Chase Bank N.A.** |

/s/ Scott F. Smith (w/ consent by MD)  /s/ Maria A. Diakoumakis

By One of Their Attorneys
Scott F. Smith (P28472)
Smith Law Group, PLLC
30833 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
T: (248) 626-1962 | F: (248) 254-6538
ssmith3352@aol.com

By One of its Attorneys
Maria A. Diakoumakis (IL 6289309)
Erin Katz (P71604)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
T: (312) 876-1700
mdiakoumakis@dykema.com
ekatz@dykema.com

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-45122 |
| Matthew L. Braun ) | Chapter 13 |
| Vicky Braun ) | |
| ) | Hon. Walter Shapero |
| Debtors. ) | |
| ) | |
| Matthew L. Braun ) | |
| Vicky Braun ) | Adv. Pro. 14-04742 |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Chase Home Finance LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING STIPULATION TO ADJOURN HEARING

Upon the Stipulation to Adjourn Hearing filed by Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A. ("Chase") for entry of an order adjourning the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) originally scheduled for Thursday, January 21, 2016 at 9:30 a.m. to Thursday, February 4, 2015 at 9:30 a.m., and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) originally scheduled for Thursday, January 21, 2016 at 9:30 a.m. is hereby adjourned to **Thursday, February 4, 2016 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the Debtors' Motion to Amend (Docket No. 58) is hereby stricken as moot.