**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14-45122 |
| Matthew L. Braun | ) | Chapter 13 |
| Vicky Braun | ) | |
| | ) | Hon. Walter Shapero |
| Debtors. | ) | |
| | ) | |
| Matthew L. Braun | ) | |
| Vicky Braun | ) | Adv. Pro. 14-04742 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| Chase Home Finance LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING STIPULATION TO ADJOURN HEARING

Upon the Stipulation to Adjourn Hearing filed by Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A. ("Chase") for entry of an order adjourning the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) originally scheduled for Thursday, January 21, 2016 at 9:30 a.m. to Thursday, February 4, 2015 at 9:30 a.m., and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) originally scheduled for Thursday, January 21, 2016 at 9:30 a.m. is hereby adjourned to **Thursday, February 4, 2016 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the Debtors' Motion to Amend (Docket No. 58) is hereby stricken as moot.

.

Signed on January 14, 2016

                                    /s/ Walter Shapero
                              Walter Shapero
                              United States Bankruptcy Judge