# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-45122 |
| Matthew L. Braun ) | Chapter 13 |
| Vicky Braun ) | |
| ) | Hon. Walter Shapero |
| Debtors. ) | |
| ) | |
| ) | |
| Matthew L. Braun ) | |
| Vicky Braun ) | Adv. Pro. 14-04742 |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Chase Home Finance LLC ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO ADJOURN HEARING

Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A., incorrectly sued herein as Chase Home Finance LLC ("Chase," and together with the Debtors, the "Parties"), by and through their attorneys, hereby, (a) stipulate to the entry of an order adjourning the hearing on the Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, February 4, 2016 at 9:30 a.m. to **Thursday, March 3, 2015 at 9:30 a.m.**, as the Debtors have only recently retained counsel, and request that the Court enter the order attached hereto as Exhibit A.

Dated: February 3, 2016

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **Matthew L. Braun**<br>**Vicky Braun**<br><br>/s/ Robert N. Bassel (w/ consent by MD)<br>By One of Their Attorneys<br>Robert N. Bassel (P48420)<br>P.O Box T<br>Clinton, MI 49236<br>T: (248) 677-1234<br>bbassel@gmail.com | **JPMorgan Chase Bank N.A.**<br><br>/s/ Maria A. Diakoumakis<br><br>By One of its Attorneys<br>Maria A. Diakoumakis (IL 6289309)<br>Erin Katz (P71604)<br>Dykema Gossett PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>T: (312) 876-1700<br>mdiakoumakis@dykema.com<br>ekatz@dykema.com |

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-45122 |
| Matthew L. Braun ) | Chapter 13 |
| Vicky Braun ) | |
| ) | Hon. Walter Shapero |
| Debtors. ) | |
| ) | |
| Matthew L. Braun ) | |
| Vicky Braun ) | Adv. Pro. 14-04742 |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Chase Home Finance LLC ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING STIPULATION TO ADJOURN HEARING**

Upon the Stipulation to Adjourn Hearing filed by Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A. ("Chase") for entry of an order adjourning the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, February 4, 2016 at 9:30 a.m. to Thursday, March 3, 2015 at 9:30 a.m., and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, February 4, 2016 at 9:30 a.m., is hereby adjourned to **Thursday, March 3, 2015 at 9:30 a.m.**

3

14-04742-wsd    Doc 65    Filed 02/03/16    Entered 02/03/16 12:03:58    Page 3 of 3