UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Matthew L. Braun<br>Vicky Braun<br><br>    Debtors. | Case No. 14-45122<br>Chapter 13<br><br>Hon. Walter Shapero |
| Matthew L. Braun<br>Vicky Braun<br><br>    Plaintiffs,<br>v.<br><br>Chase Home Finance LLC<br><br>    Defendant. | Adv. Pro. 14-04742 |

## STIPULATION TO ADJOURN HEARING

Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A., incorrectly sued herein as Chase Home Finance LLC ("Chase," and together with the Debtors, the "Parties"), by and through their attorneys, hereby, (a) stipulate to the entry of an order adjourning the hearing on the Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, March 3, 2016 at 9:30 a.m. to **Thursday, March 31, 2015 at 9:30 a.m.**, as the Parties continue to negotiate settlement, and request that the Court enter the order attached hereto as Exhibit A.

Dated: March 2, 2016

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **Matthew L. Braun**<br>**Vicky Braun** | **JPMorgan Chase Bank N.A.** |
| | /s/ Maria A. Diakoumakis |
| /s/ Robert N. Bassel (w/ consent by MD)<br>By One of Their Attorneys<br>Robert N. Bassel (P48420)<br>P.O Box T<br>Clinton, MI 49236<br>T: (248) 677-1234<br>bbassel@gmail.com | By One of its Attorneys<br>Maria A. Diakoumakis (IL 6289309)<br>Erin Katz (P71604)<br>Dykema Gossett PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>T: (312) 876-1700<br>mdiakoumakis@dykema.com<br>ekatz@dykema.com |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-45122 |
| Matthew L. Braun ) | Chapter 13 |
| Vicky Braun ) | |
| ) | Hon. Walter Shapero |
|     Debtors. ) | |
| ) | |
| Matthew L. Braun ) | |
| Vicky Braun ) | Adv. Pro. 14-04742 |
| ) | |
|     Plaintiffs, ) | |
| v. ) | |
| ) | |
| Chase Home Finance LLC ) | |
| ) | |
|     Defendant. ) | |

**ORDER APPROVING STIPULATION TO ADJOURN HEARING**

Upon the Stipulation to Adjourn Hearing filed by Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A. ("Chase") for entry of an order adjourning the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, March 3, 2016 at 9:30 a.m. to Thursday, March 31, 2015 at 9:30 a.m., and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for March 3, 2016 at 9:30 a.m., is hereby adjourned to **Thursday, March 31, 2015 at 9:30 a.m.**