# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | )<br>) Case No. 14-45122 |
| Matthew L. Braun | ) Chapter 13 |
| Vicky Braun | )<br>) Hon. Walter Shapero |
|     Debtors. | ) |
| | ) |
| Matthew L. Braun | ) |
| Vicky Braun | ) Adv. Pro. 14-04742 |
| | ) |
|     Plaintiffs, | ) |
| v. | ) |
| | ) |
| Chase Home Finance LLC | ) |
| | ) |
|     Defendant. | ) |

## ORDER APPROVING STIPULATION TO ADJOURN HEARING

Upon the Stipulation to Adjourn Hearing filed by Debtors Matthew L. Braun and Vicky Braun ("Debtors"), and JPMorgan Chase Bank N.A. ("Chase") for entry of an order adjourning the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for Thursday, March 3, 2016 at 9:30 a.m. to Thursday, **March 31, 2016 at 9:30 a.m**., and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the hearing on Debtors' *Motion to Amend Complaint* (Docket No. 43) scheduled for March 3, 2016 at 9:30 a.m., is hereby adjourned to **Thursday, March 31, 2016 at 9:30 a.m.**

.

Signed on March 02, 2016

                                                            /s/ Walter Shapero
                                                            Walter Shapero
                                                            United States Bankruptcy Judge

1